1  ALDO A. BADINI (SBN 257086)
   abadini@dl.com
2  DEWEY & LEBOEUF LLP
   1950 University Avenue
3  Suite 500
   East Palo Alto, CA 94303
4  Telephone: (650) 845-7050
   Facsimile: (650) 845-7333

5  JEFFREY L. KESSLER*
   jkessler@dl.com
6  DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
7  New York, NY 10019
   Telephone: (212) 259-8000
8  Facsimile: (212) 259-6333
   *pending pro hac vice admission
9
   Attorneys for Defendants
10 PANASONIC CORPORATION
   PANASONIC CORPORATION OF NORTH AMERICA
11 **[Additional Counsel Listed on Signature Page]**

12

13

14

15
                    UNITED STATES DISTRICT COURT
16
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18

19

20 DR. DAN OLIVER and JEANNIE OLIVER,    ) No. CV-11-1260 JSW
                                          )
21        Plaintiffs, on their own behalves )
          and on behalf of all others      )
22        similarly situated,              ) **JOINT STIPULATION AND
                                          ) [PROPOSED] ORDER TO STAY
23     v.                                 ) DISCOVERY PURSUANT TO LOCAL
                                          ) RULE 6-2(A)**
24 SD-3C, LLC; PANASONIC CORP.;           )
   PANASONIC CORP. OF NORTH AMERICA;      )
25 TOSHIBA CORP.; TOSHIBA AMERICA         )
   ELECTRONIC COMPONENTS, INC.; and       )
26 SANDISK CORP.,                         )
                                          )
27        Defendants.                     )

28

1       Pursuant to Local Rule 6-2(a), the indirect purchaser plaintiffs (collectively "Plaintiffs") and Defendants SD-3C, LLC, Panasonic Corporation, Panasonic Corporation of North America, Toshiba Corporation, Toshiba America Electronic Components, Inc., and SanDisk Corporation (collectively, "Defendants"), hereby stipulate and agree, subject to the approval of the Court, that:

      (1.)    All discovery in this action shall be stayed through the ninetieth (90th) day after the Court enters an Order resolving the pending motion to dismiss in the related action of *Samsung Electronics Co., Ltd. v. Panasonic Corporation, et al.*, No. 3:10-cv-03098-JSW ("*Samsung*"), unless Plaintiffs file an amended complaint within those 90 days, in which case discovery shall be stayed through the ninetieth (90th) day after the amended complaint is filed;

      (2.)    Notwithstanding the above, this stay of discovery shall expire if (1) other plaintiffs file class actions making similar allegations and Defendants fail to obtain a similar stay of proceedings and discovery, or (2) there has been no ruling on the pending motion to dismiss in the Samsung action by July 30, 2011;

      (3.)    No party shall serve requests for discovery until the stay has expired;

      (4.)    The parties shall not be required to serve initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a), until the stay of discovery has expired;

      (5.)    This Stipulation is made without prejudice to any party's right to move to extend the stay of discovery;

      (6.)    The parties stipulate and request that the date presently set for the Case Management Conference be vacated, and the parties further agree and stipulate that they will confer and propose to the Court a new date for the Case Management Conference and associated discovery and ADR obligations after the Court resolves the pending motion to dismiss in the related *Samsung* action.

      (7.)    This Stipulation applies to this proceeding only.

| | | |
|---|---|---|
| 1 | Dated:  April 5, 2011 | Respectfully submitted, |
| 2 | By:   s/Max L. Tribble<br>Max L. Tribble* | By:   s/Aldo A. Badini<br>Aldo A. Badini (Bar No. 257086) |
| 3 | Joseph S. Grinstein*<br>Eric J. Mayer* | Dewey & LeBoeuf LLP<br>1950 University Avenue |
| 4 | Susman Godfrey LLP<br>1000 Louisiana, Suite 5100 | Suite 500<br>East Palo Alto, CA 94303 |
| 5 | Houston, TX 77002-5096<br>Telephone:  (713) 651-9366 | Telephone:  (650) 845-7000<br>Facsimile:   (650) 845-7333 |
| 6 | Facsimile:  (713) 654-6666<br>*admitted pro hac vice | Jeffrey L. Kessler** |
| 7 | David J. Healey* | James F. Lerner**<br>Susannah P. Torpey** |
| 8 | Ana E. Kadala*<br>Fish & Richardson P.C. | Christopher R. Clark**<br>Dewey & LeBoeuf LLP |
| 9 | One Houston Center, Suite 2800<br>1221 McKinney St. | 1301 Avenue of the Americas<br>New York, New York 10019 |
| 10 | Houston, TX 77010<br>Telephone:  (713) 654-5300 | Telephone:  (212) 259-8000<br>Facsimile:  (212) 259-6333 |
| 11 | Facsimile:  (713) 652-0109<br>*admitted pro hac vice | David S. Turetsky** |
| 12 | *Attorneys for Plaintiffs Dr. Dan Oliver and* | Dewey & LeBoeuf LLP<br>1101 New York Avenue, NW |
| 13 | *Jeannie Oliver on their own behalves and<br>on behalf of all others similarly situated* | Washington, DC 20005<br>Telephone:  (202) 346-8000 |
| 14 | | Facsimile:   (202) 346-8102<br>**pending pro hac vice admission |
| 15 | | *Attorneys for Defendants Panasonic Corporation and* |
| 16 | | *Panasonic Corporation of North America* |
| 17 | | By:   s/Christopher B. Hockett<br>Christopher B. Hockett (SBN 121539) |
| 18 | | Neal A. Potischman (SBN 254862)<br>Samantha H. Knox (SBN 254427) |
| 19 | | Davis Polk & Wardwell LLP<br>1600 El Camino Real |
| 20 | | Menlo Park, California  94025<br>Telephone: (650) 752-2000 |
| 21 | | Facsimile:  (650) 752-2111 |
| 22 | | *Attorneys for Defendant<br>SD-3C, LLC* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND [PROPOSED] ORDER                                   CASE NO.:  CV-11-1260 JSW

2

By: s/Daniel M. Wall
Daniel M. Wall (SBN 102580)
Belinda S. Lee (SBN 199635)
Sarah M. Ray (SBN 229670)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

By: s/Frank M. Hinman
Frank M. Hinman (SBN 157402)
Sujal J. Shah (SBN 215230)
Rianne E. Rocca (SBN 221640)
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2462
Facsimile: (415) 393-2286

Richard S. Taffet*
Bingham McCutchen LLP
399 Park Avenue,
New York, NY 10022-4689
Telephone: (212) 705-7729
Facsimile: (212) 702-3603
**admitted pro hac vice*

*Attorneys for Defendant SanDisk Corporation*

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatories.*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 6__, 2011

_____
Hon. Jeffrey S. White
United States District Court Judge