ALDO A. BADINI (SBN 257086)
abadini@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7050
Facsimile: (650) 845-7333

JEFFREY L. KESSLER (admitted *pro hac vice*)
jkessler@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Defendants
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH AMERICA
**[Additional Counsel Listed on Signature Page]**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. DAN OLIVER and JEANNIE OLIVER, <br><br> Plaintiffs, on their own behalves and on behalf of all others similarly situated, <br><br> v. <br><br> SD-3C, LLC; PANASONIC CORP.; PANASONIC CORP. OF NORTH AMERICA; TOSHIBA CORP.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and SANDISK CORP., <br><br> Defendants. | No. CV-11-1260 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PURSUANT TO LOCAL RULE 6-2(A)** |

JOINT STIPULATION AND [PROPOSED] ORDER      CASE NO.: CV-11-1260 JSW

1    Pursuant to Local Rule 6-2(a), the indirect purchaser plaintiffs (collectively "Plaintiffs") and
2 Defendants SD-3C, LLC, Panasonic Corporation, Panasonic Corporation of North America,
3 Toshiba Corporation, Toshiba America Electronic Components, Inc., and SanDisk Corporation
4 (collectively, "Defendants"), hereby stipulate and agree, subject to the approval of the Court, that:
5    (1.)    All discovery in this action shall be stayed through the ninetieth (90th) day after the
6 Court enters an Order resolving the pending motion to dismiss in the related action of *Samsung*
7 *Electronics Co., Ltd. v. Panasonic Corporation, et al.*, No. 3:10-cv-03098-JSW ("*Samsung*"),
8 unless Plaintiffs file an amended complaint within those 90 days, in which case discovery shall be
9 stayed through the ninetieth (90th) day after the amended complaint is filed;
10    (2.)    Notwithstanding the above, this stay of discovery shall expire if (1) other plaintiffs
11 file class actions making similar allegations and Defendants fail to obtain a similar stay of
12 proceedings and discovery, or (2) there has been no ruling on the pending motion to dismiss in the
13 Samsung action by September 15, 2011;
14    (3.)    No party shall serve requests for discovery until the stay has expired;
15    (4.)    The parties shall not be required to serve initial disclosures, pursuant to Federal Rule
16 of Civil Procedure 26(a), until the stay of discovery has expired;
17    (5.)    This Stipulation is made without prejudice to any party's right to move to extend the
18 stay of discovery;
19    (6.)    The parties agree and stipulate that they will confer and propose to the Court a date
20 for the Case Management Conference and associated discovery and ADR obligations after the
21 Court resolves the pending motion to dismiss in the related *Samsung* action or the stay requested
22 herein expires.
23    (7.)    This Stipulation applies to this proceeding only.

JOINT STIPULATION AND [PROPOSED] ORDER                    CASE NO.: CV-11-1260 JSW

Dated: June 27, 2011

By: s/Max L. Tribble
Max L. Tribble*
Joseph S. Grinstein*
Eric J. Mayer*
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
*admitted pro hac vice

David J. Healey*
Ana E. Kadala*
Fish & Richardson P.C.
One Houston Center, Suite 2800
1221 McKinney St.
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
*admitted pro hac vice

*Attorneys for Plaintiffs Dr. Dan Oliver and Jeannie Oliver on their own behalves and on behalf of all others similarly situated*

Respectfully submitted,

By: s/Aldo A. Badini
Aldo A. Badini (SBN 257086)
Dewey & LeBoeuf LLP
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Jeffrey L. Kessler*
James F. Lerner*
Susannah P. Torpey*
Christopher R. Clark*
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

David S. Turetsky*
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102
*admitted pro hac vice

*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*

By: s/Christopher B. Hockett
Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendant
SD-3C, LLC*

JOINT STIPULATION AND [PROPOSED] ORDER                                   CASE NO.: CV-11-1260 JSW
2

```
                                    By:   s/Daniel M. Wall
                                    Daniel M. Wall (SBN 102580)
                                    Belinda S. Lee (SBN 199635)
                                    Sarah M. Ray (SBN 229670)
                                    Latham & Watkins LLP
                                    505 Montgomery Street, Suite 2000
                                    San Francisco, CA 94111-6538
                                    Telephone: (415) 391-0600
                                    Facsimile: (415) 395-8095
```

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

```
                                    By:   s/Frank M. Hinman
                                    Frank M. Hinman (SBN 157402)
                                    Sujal J. Shah (SBN 215230)
                                    Rianne E. Rocca (SBN 221640)
                                    Bingham McCutchen LLP
                                    Three Embarcadero Center
                                    San Francisco, CA 94111-4067
                                    Telephone: (415) 393-2462
                                    Facsimile: (415) 393-2286

                                    Richard S. Taffet*
                                    Bingham McCutchen LLP
                                    399 Park Avenue,
                                    New York, NY 10022-4689
                                    Telephone: (212) 705-7729
                                    Facsimile: (212) 702-3603
                                    *admitted pro hac vice
```

*Attorneys for Defendant SanDisk Corporation*

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatories.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 28__, 2011

_____
Hon. Jeffrey S. White
United States District Court Judge