ALDO A. BADINI (SBN 257086)
abadini@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1120
Facsimile: (212) 632-0888

JEFFREY L. KESSLER (admitted *pro hac vice*)
jkessler@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Defendants
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH AMERICA
**[Additional Counsel Listed on Signature Page]**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. DAN OLIVER, JEANNIE OLIVER, JOE SOLO, BERNARD GROSS, SUSAN KEELIN, WALTER KVASNIK, KOU SRIMOUNGHANCH, HUMBERTO GONZALEZ, SAMUEL D. LEGGETT, BRIAN ALBEE, MARY LOUISE FOWLER, JOE SHAW, and RHONDA SCHULTZ, on their own behalves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SD-3C, LLC; PANASONIC CORP.; PANASONIC CORP. OF NORTH AMERICA; TOSHIBA CORP.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and SANDISK CORP., <br><br> Defendants. | No. CV-11-1260 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO SET MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMITS AND TO STAY DISCOVERY** |

1  WHEREAS on June 27, 2011, the indirect purchaser plaintiffs (collectively "Plaintiffs") and
2  defendants Panasonic Corporation, Panasonic Corporation of North America, Toshiba Corporation,
3  Toshiba America Electronic Components, Inc., SD-3C, LLC, and SanDisk Corporation
4  (collectively, "Defendants") filed a Joint Stipulation to Extend Time Within Which to Respond to
5  Complaint Pursuant to Local Rule 6-1(a), which provided that Defendants' time to respond to an
6  amended complaint filed by Plaintiffs would be extended to include the ninetieth (90th) day after
7  the filing date of such an amended complaint;

8  WHEREAS on November 23, 2011, Plaintiffs filed their First Amended Complaint;

9  WHEREAS, pursuant to the June 27, 2011 stipulation among the parties, the time for
10 Defendants to respond to the First Amended Complaint was extended to February 21, 2012, which
11 is the ninetieth day after the Plaintiffs filed the First Amended Complaint;

12 IT IS HEREBY FURTHER STIPULATED BY AND BETWEEN THE PARTIES
13 HERETO, through their respective counsel, subject to the approval of the Court, that:

14 (1.) Defendants may file a single joint motion to dismiss the Plaintiffs' First Amended
15 Complaint and a consolidated memorandum of points and authorities in support of their joint
16 motion; Plaintiffs may file a single opposition to Defendants' joint motion to dismiss; and
17 Defendants may file a single consolidated reply to Plaintiffs' opposition.

18 (2.) Pursuant to Local Rule 6-2(a), the time for Plaintiffs to file their opposition to
19 Defendants' joint motion to dismiss shall be extended to and include the forty-fifth (45th) day after
20 the date on which Defendants file their joint motion to dismiss.

21 (3.) Pursuant to Local Rule 6-2(a), the time for Defendants to file their consolidated
22 reply to Plaintiffs' opposition to Defendants' joint motion to dismiss shall be extended to and
23 include the twenty-fifth (25th) day after the date on which Plaintiffs file their opposition.

24 (4.) Defendants shall have a page limit of ~~fifty (50)~~ forty (40) pages for their consolidated brief in
25 support of their joint motion to dismiss (notwithstanding that the six defendants would be entitled
26 to an aggregate of ninety pages, or fifteen pages each, pursuant to the Court's Civil Standing
27 Orders); Plaintiffs shall have a page limit of ~~fifty (50)~~ forty (40) pages for their brief in opposition; and
28 Defendants shall have a page limit of ~~thirty (30)~~ twenty-five (25) pages for their consolidated brief in reply.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                    CASE NO.: CV-11-1260 JSW

(5.) The stay of discovery in this case, which has been in effect pursuant to a stipulation among the parties that was So Ordered by the Court on June 28, 2011, shall be extended pursuant to Local Rule 6-2(a), and all discovery in this action shall be stayed through the ninetieth (90th) day after the Court enters an Order resolving the Defendants' joint motion to dismiss Plaintiffs' First Amended Complaint, unless Plaintiffs file a Second Amended Complaint, in which case discovery shall be stayed until the Court enters an Order resolving the Defendants' joint motion to dismiss Plaintiffs' Second Amended Complaint.

(6.) No party shall serve requests for discovery until the stay has expired.

(7.) The parties shall not be required to serve initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a), until the stay of discovery has expired.

(8.) This Stipulation is made without prejudice to any party's right to move to extend the stay of discovery.

(9.) The parties agree and stipulate that they will confer and propose to the Court a date for the Case Management Conference and associated discovery and ADR obligations after the stay requested herein expires.

(10.) This Stipulation applies to this proceeding only.

| | | |
|---|---|---|
| 1 | Dated: February 2, 2012 | Respectfully submitted, |
| 2 | By:  s/Max L. Tribble | By:  s/Aldo A. Badini |
|   | Max L. Tribble* | Aldo A. Badini (SBN 257086) |
| 3 | Joseph S. Grinstein* | Ian L. Papendick (SBN 275648) |
|   | Eric J. Mayer* | Dewey & LeBoeuf LLP |
| 4 | Susman Godfrey LLP | Post Montgomery Center |
|   | 1000 Louisiana, Suite 5100 | One Montgomery Street |
| 5 | Houston, TX 77002-5096 | Suite 3500 |
|   | Telephone:  (713) 651-9366 | San Francisco, CA 94104 |
| 6 | Facsimile:  (713) 654-6666 | Telephone:  (415) 951-1120 |
|   | *admitted pro hac vice | Facsimile:   (212) 632-0888 |
| 7 | | |
|   | *Attorneys for Plaintiffs* | Jeffrey L. Kessler* |
| 8 | | James F. Lerner* |
|   | | Susannah P. Torpey* |
| 9 | | Dewey & LeBoeuf LLP |
|   | | 1301 Avenue of the Americas |
| 10 | | New York, New York 10019 |
|   | | Telephone:  (212) 259-8000 |
| 11 | | Facsimile:  (212) 259-6333 |
| 12 | | David S. Turetsky* |
|   | | Dewey & LeBoeuf LLP |
| 13 | | 1101 New York Avenue, NW |
|   | | Washington, DC 20005 |
| 14 | | Telephone:  (202) 346-8000 |
|   | | Facsimile:   (202) 346-8102 |
| 15 | | *admitted pro hac vice |
| 16 | | *Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America* |
| 17 | | |
|   | | By:   s/Christopher B. Hockett |
| 18 | | Christopher B. Hockett (SBN 121539) |
|   | | Neal A. Potischman (SBN 254862) |
| 19 | | Samantha H. Knox (SBN 254427) |
|   | | Davis Polk & Wardwell LLP |
| 20 | | 1600 El Camino Real |
|   | | Menlo Park, California  94025 |
| 21 | | Telephone: (650) 752-2000 |
|   | | Facsimile:  (650) 752-2111 |
| 22 | | |
|   | | *Attorneys for Defendant* |
| 23 | | *SD-3C, LLC* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| 1 | By: s/Daniel M. Wall |
|   | Daniel M. Wall (SBN 102580) |
| 2 | Belinda S. Lee (SBN 199635) |
|   | Sarah M. Ray (SBN 229670) |
| 3 | Latham & Watkins LLP |
|   | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94111-6538 |
|   | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

By: s/Frank M. Hinman
Frank M. Hinman (SBN 157402)
Sujal J. Shah (SBN 215230)
Rianne E. Rocca (SBN 221640)
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2462
Facsimile: (415) 393-2286

Richard S. Taffet*
Bingham McCutchen LLP
399 Park Avenue,
New York, NY 10022-4689
Telephone: (212) 705-7729
Facsimile: (212) 702-3603
*admitted pro hac vice*

*Attorneys for Defendant
SanDisk Corporation*

*Pursuant to General Order No. 45 § X.B., the filer attests that concurrence in the filing of this document has been obtained from the above signatories.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __February 13__, 2012

_____
Hon. Jeffrey S. White
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER

CASE NO.: CV-11-1260 JSW

4