MAX L. TRIBBLE JR. *pro hac vice*
mtribble@susmangodfrey.com
JOSEPH S. GRINSTEIN *pro hac vice*
jgrinste@susmangodfrey.com
ERIC J. MAYER *pro hac vice*
emayer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: 713-651-9366
Facsimile: 713-654-6666

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310- 789-3150

Additional Counsel Listed On Signature Page
Attorneys for Plaintiffs and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. DAN OLIVER, JEANNIE OLIVER, JOE SOLO, BERNARD GROSS, SUSAN KEELIN, WALTER KVASNIK, KOU SRIMOUNGHANCH, HUMBERTO GONZALEZ, SAMUEL D. LEGGETT, BRIAN ALBEE, MARY LOUISE FOWLER, JOE SHAW, and RHONDA SHULTZ, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SD-3C LLC; PANASONIC CORP.; PANASONIC CORP. OF NORTH AMERICA; TOSHIBA CORP.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and SANDISK CORP.<br><br>Defendants. | Case No. 3:11-cv-01260-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |

Having read and considered the parties' Joint Administrative Motion To Set Case Management Conference, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The parties appear on February 6, 2015 for a Case Management Conference and file a Joint Case Management Statement on January 30, 2015.

Dated: December 12, 2014

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE