United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DAN OLIVER, JEANNIE OLIVER, JOE SOLO, BERNARD GROSS, SUSAN KEELIN, WALTER KVASNIK, KOU SRIMOUNGHANCH, HUMBERTO GONZALEZ, SAMUEL D. LEGGETT, BRIAN ALBEE, MARY LOUISE FOWLER, JOE SHAW and RHONDA SCHULTZ, on their own behalves and on behalf of all others similarly situated, | No. C 11-01260 JSW |
| Plaintiffs, | **ORDER VACATING HEARING ON MOTION TO DISMISS** |
| v. | |
| 3D-3C, LLC, PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA, TOSHIBA CORPORATION, TOSHIBA AMERICAN ELECTRONIC COMPONENTS, INC., and SANDISK CORPORATION, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, May 8, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 4, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE