MAX L. TRIBBLE JR. (*pro hac vice*)
mtribble@susmangodfrey.com
JOSEPH S. GRINSTEIN (*pro hac vice*)
jgrinste@susmangodfrey.com
ERIC J. MAYER (*pro hac vice*)
emayer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: 713-651-9366
Facsimile: 713-654-6666

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150

Attorneys for Plaintiffs
(Additional Counsel for Plaintiffs Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN OLIVER, JEANNIE OLIVER, JOE SOLO, BERNARD GROSS, SUSAN KEELIN, WALTER KVASNIK, KOU SRIMOUNGHANCH, HUMBERTO GONZALEZ, SAMUEL D. LEGGETT, BRIAN ALBEE, MARY LOUISE FOWLER, JOE SHAW, and RHONDA SHULTZ, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SD-3C LLC; PANASONIC CORP.; PANASONIC CORP. OF NORTH AMERICA; TOSHIBA CORP.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and SANDISK CORP.<br><br>Defendants. | Case No. 3:11-cv-01260-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS (PHASE 1)**<br><br>Courtroom:  Courtroom 5, 2nd Floor<br>Judge:  The Hon. Jeffrey S. White |

1    Plaintiffs and Defendants respectfully submit the following stipulation and proposed order
2    modifying, in light of the holidays, the briefing schedule on Defendants' Motion to Dismiss the
3    First Claim for Relief (Violation of Section 1 of the Sherman Act) in Plaintiffs' Third Amended
4    Complaint (the "Motion to Dismiss (Phase One)"):

5    WHEREAS, pursuant to the Court's order granting in part and denying in part
6    Defendants' motion for administrative relief and ordering phased briefing on any motion to
7    dismiss Plaintiffs' amended complaint, Dkt. No. 144, Defendants filed their Motion to Dismiss
8    (Phase One) on November 25, 2015 and noticed it for a hearing on January 22, 2016;

9    WHEREAS, Plaintiffs' deadline to oppose the motion would ordinarily fall on December
10   9, 2015;

11   WHEREAS, the Thanksgiving holiday falls within the time period in which Plaintiffs
12   would need to prepare their opposition to Defendants' motion and Plaintiffs therefore requested a
13   short extension of their deadline to file their opposition brief to December 18, 2015;

14   WHEREAS, in light of Plaintiffs' request for a short extension, and offer to extend
15   Defendants' deadline for their reply brief in exchange, Christmas and New Years would fall
16   within the window in which Defendants would need to prepare their reply;

17   WHEREAS, in order to ensure that the motion is fully briefed well in advance of the
18   hearing date while accounting for the Thanksgiving, Christmas, and New Years holidays, the
19   parties have agreed to a short extension of both the deadline for Plaintiffs' opposition brief and
20   the deadline for Defendants' reply briefs;

21   IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective
22   counsel, subject to the approval of the Court, that:

23   1.    The deadline for Plaintiffs to oppose Defendants' Motion to Dismiss (Phase One)
24   shall be continued from December 9, 2015 to December 18, 2015.

25   2.    The deadline for Defendants to file their reply in further support of their Motion to
26   Dismiss (Phase One) shall be continued to January 8, 2015.

27
28

1

STIPULATION AND ORDER EXTENDING MOTION DEADLINES                     Case No: 3:11-cv-01260
3993527v1/012257

IT IS SO STIPULATED.

Dated: November 30, 2015

| By: *Max L. Tribble, Jr.* | By: *Richard S. Taffet* |
|---|---|
| Max L. Tribble Jr. (*pro hac vice*) | Richard S. Taffet (*pro hac vice*) |
| mtribble@Susmangodfrey.Com | richard.taffet@morganlewis.com |
| Joseph S. Grinstein (*pro hac vice*) | MORGAN LEWIS & BOCKIUS LLP |
| jgrinste@Susmangodfrey.Com | 101 Park Avenue |
| Eric J. Mayer (*pro hac vice*) | New York, NY 10178-0060 |
| emayer@susmangodfrey.com | (212) 309-6000 |
| SUSMAN GODFREY L.L.P. | (212) 309-6001 (fax) |
| 1000 Louisiana, Suite 5100 | |
| Houston, TX 77002-5096 | Kristen A. Palumbo (SBN 215857) |
| Telephone: 713-651-9366 | kristen.palumbo@morganlewis.com |
| Facsimile: 713-654-6666 | MORGAN LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| Marc M. Seltzer (54534) | San Francisco, CA 94105 |
| mseltzer@susmangodfrey.com | (415) 442-1000 |
| Amanda Bonn (270891) | (415) 442-1001 (fax) |
| abonn@susmangodfrey.com | *Attorneys for Defendant SanDisk Corp.* |
| SUSMAN GODFREY L.L.P. | |
| 1901 Avenue of the Stars, Suite 950 | By: *Daniel M. Wall* |
| Los Angeles, CA 90067-6029 | Daniel M. Wall (SBN 102580) |
| Telephone: 310-789-3100 | dan.wall@lw.com |
| Facsimile: 310-789-3150 | Belinda S Lee (SBN 199635) |
| | belinda.lee@lw.com |
| Isaac L. Diel (KS 14376) | Sarah M. Ray (SBN 229670) |
| SHARP MCQUEEN PA | sarah.ray@lw.com |
| 6900 College Blvd., Suite 285 | LATHAM & WATKINS LLP |
| Overland Park, Kansas 66211-1547 | 505 Montgomery Street, Suite 2000 |
| Tel. 913-661-9931 | San Francisco, CA 94111 |
| E-Mail: idiel@sharpmcqueen.com | (415) 391-0600 |
| | (415) 395-8095 (fax) |
| Daniel L. Karon | *Attorneys for Defendants Toshiba America* |
| GOLDMAN SCARLATO & KARON, PC | *Electronic Components, Inc., and Toshiba* |
| 700 West St. Clair Avenue, Suite 204 | *Corporation* |
| Cleveland, OH 44113 | |
| Tel. 216-622-1851 | By: *Jeffrey L. Kessler* |
| E-Mail: Karon@gsk-law.com | Jeffrey L. Kessler (*Admitted Pro Hac Vice*) |
| | jkessler@winston.com |
| Thomas J.H. Brill | WINSTON & STRAWN LLP |
| LAW OFFICE OF THOMAS H. BRILL | 200 Park Avenue |
| 8012 State Line Road, Suite 102 | New York, NY 10166 |
| Leawood, Kansas 66208-3712 | Telephone: (212) 294-4698 |
| Tel. 913-677-2004 | Facsimile: (212) 294-4700 |
| E-Mail: brillkc@gmail.com | *Attorneys for Defendants Panasonic* |
| | *Corporation Panasonic Corporation of North* |
| | *America* |

| | | |
|---|---|---|
| 1 | KRISHNA NARINE | |
| 2 | LAW OFFICE OF KRISHNA B. NARINE<br>101 Greenwood Ave, Suite 600 | By: *Christopher B. Hocket*<br>Christopher B. Hockett (SBN 121539) |
| 3 | Jenkin Town, PA 19046<br>Tel. 215-277-5770 | chris.hockett@davispolk.com<br>DAVIS POLK & WARDWELL LLP |
| 4 | E-Mail: knarine@kbnlaw.com | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 5 | | Telephone: (650) 752-2000 |
| 6 | *Attorneys for Plaintiffs* | Facsimile: (650) 752-2111 |
| 7 | | *Attorneys for Defendant SD-3C, LLC* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2015

_____
JEFFREY S. WHITE
United States District Court

---

3

STIPULATION AND ORDER EXTENDING MOTION DEADLINES                     Case No: 3:11-cv-01260
3993527v1/012257