MAX L. TRIBBLE JR. (*pro hac vice*)
mtribble@susmangodfrey.com
JOSEPH S. GRINSTEIN (*pro hac vice*)
jgrinste@susmangodfrey.com
ERIC J. MAYER (*pro hac vice*)
emayer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: 713-651-9366
Facsimile: 713-654-6666

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150

Attorneys for Plaintiffs
(Additional Counsel for Plaintiffs Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN OLIVER, JEANNIE OLIVER, JOE SOLO, BERNARD GROSS, SUSAN KEELIN, WALTER KVASNIK, KOU SRIMOUNGHANCH, HUMBERTO GONZALEZ, SAMUEL D. LEGGETT, BRIAN ALBEE, MARY LOUISE FOWLER, JOE SHAW, and RHONDA SHULTZ, on their own behalves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SD-3C LLC; PANASONIC CORP.; PANASONIC CORP. OF NORTH AMERICA; TOSHIBA CORP.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and SANDISK CORP.<br>Defendants. | Case No. 4:11-cv-01260-JSW<br><br>**CLASS ACTION**<br><br>**NOTICE OF STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) FOR PLAINTIFF JOE SHAW**<br><br>Date:         None<br>Time:        None<br>Courtroom: Courtroom 5, 2nd Floor<br>Judge:       The Hon. Jeffrey S. White |

**WHEREAS**, Plaintiffs Dan Oliver, Jeannie Oliver, Joe Solo, Bernard Gross, Susan Keelin, Walter Kvasnik, Kou Srimounghanch, Humberto Gonzalez, Samuel D. Leggett, Brian Albee, Mary Louise Fowler, Joe Shaw, and Rhonda Shultz (collectively, the "Named Plaintiffs") filed their Third Amended Complaint on November 4, 2015 [Dkt. 143] on behalf of themselves and all others similarly situated (the "Putative Class");

**WHEREAS**, Plaintiff Joe Shaw and Defendants SD-3C LLC, Panasonic Corp., Panasonic Corp. of North America, Toshiba Corp., Toshiba America Electronic Components, Inc., and SanDisk Corp. (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A):

1. Plaintiff Shaw agrees to dismiss without prejudice all claims alleged by him in his individual capacity against Defendants.

2. Plaintiff Shaw agrees to dismiss without prejudice all claims alleged by him on behalf of the Putative Class against Defendants.

3. Counsel for Plaintiff Shaw and the Putative Class represent and warrant that, with respect to any claim asserted, or any other claim based upon any allegation, in the Third Amended Complaint the ("Claims"), they (a) have not been engaged by, and do not represent as counsel, any other current client who may be contemplating commencing any action alleging any Claim, and (b) are unaware of any other person who may be currently contemplating commencing any action alleging any Claim.

4. Plaintiff Shaw and Defendants have each agreed to bear their own attorneys' fees and costs as to each other.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Plaintiff Shaw and Defendants as follows:

All claims asserted by Plaintiff Shaw against Defendants in his individual capacity are dismissed without prejudice.

1. All claims asserted by Plaintiff Shaw on behalf of the Putative Class against Defendants are dismissed without prejudice.

1      2.    Plaintiff Shaw and Defendants shall each bear their own attorneys' fees and costs.

2  **IT IS SO STIPULATED**

By: */s/ Max L. Tribble, Jr.*  
Max L. Tribble Jr. (pro hac vice)  
mtribble@susmangodfrey.Com  
Joseph S. Grinstein (pro hac vice)  
Jgrinstein@susmangodfrey.Com  
Eric J. Mayer (pro hac vice)  
emayer@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1000 Louisiana, Suite 5100  
Houston, TX 77002-5096  
Telephone:  713-651-9366  
Facsimile:  713-654-6666  

Marc M. Seltzer (54534)  
mseltzer@susmangodfrey.com  
Amanda Bonn (270891)  
abonn@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1900 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067-6029  
Telephone: 310-789-3100  
Facsimile:  310-789-3150  

Isaac L. Diel (KS 14376)  
SHARP MCQUEEN PA  
6900 College Blvd., Suite 285  
Overland Park, Kansas 66211-1547  
Tel. 913-661-9931  
E-Mail: idiel@sharpmcqueen.com  

Daniel L. Karon  
GOLDMAN SCARLATO & KARON, PC  
700 West St. Clair Avenue, Suite 204  
Cleveland, OH 44113  
Tel. 216-622-1851  
E-Mail: Karon@gsk-law.com  

By: **/s/ Richard S. Taffet*  
Richard S. Taffet (pro hac vice)  
richard.taffet@morganlewis.com  
MORGAN LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, NY 10178-0060  
(212) 309-6000  
(212) 309-6001 (fax)  

Geoffrey T. Holtz (SBN 191370)  
MORGAN LEWIS & BOCKIUS LLP  
One Market, Spear Street Tower  
San Francisco, CA 94105  
(415) 442-1000  
(415) 442-1001 (fax)  

*Attorneys for Defendant SanDisk Corp.*  

By: **/s/ Belinda S Lee*  
Daniel M. Wall (SBN 102580)  
dan.wall@lw.com  
Belinda S Lee (SBN 199635)  
belinda.lee@lw.com  
Sarah M. Ray (SBN 229670)  
sarah.ray@lw.com  
LATHAM & WATKINS LLP  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111  
(415) 391-0600  
(415) 395-8095 (fax)  

*Attorneys for Defendants Toshiba America Electronic Components, Inc., and Toshiba Corporation*  

By: **/s/ Jeffrey L. Kessler*  
Jeffrey L. Kessler (pro hac vice)  
jkessler@winston.com  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166  
Telephone: (212) 294-4601  
Facsimile: (212) 294-4700

1  Thomas J.H. Brill
   LAW OFFICE OF THOMAS H. BRILL
2  8012 State Line Road, Suite 102
   Leawood, Kansas 66208-3712
3  Tel. 913-677-2004
   E-Mail: brillkc@gmail.com
4
   *Attorneys for Plaintiffs*

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
(415) 591-6905
(415) 591-1400 (fax)

*Attorneys for Defendants Panasonic Corporation Panasonic Corporation of North America*

By: ***/s/ Christopher B. Hockett*
Christopher B. Hockett (SBN 121539)
chris.hockett@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendant SD-3C, LLC*

   **Per L.R. 5-1(i)(3), approval from this signatory has been obtained.